# INTERMEDIATE COURT OF APPEALS OF HAWAIʻI

**October 25, 2010**

| 29516 | Castle, In re | Affirmed |

**October 27, 2010**

| 30280 | State v. Dela Cruz | Vacated and Remanded |
| 30073 | State v. Keenan | Vacated and Remanded |
| 29781 | Walthall v. Department of Public Safety | Affirmed |

**October 28, 2010**

| 30062 | MG, In re | Affirmed |
| 30192 | State v. Crews | Reversed |
| 30107 | State v. McMillan | Reversed |
| 30154 | State v. Rodenhurst | Affirmed |
| 30167 | State v. Walker | Reversed |

**October 29, 2010**

| 30157 | State v. Moravec | Vacated and Remanded |

**November 3, 2010**

| 30284 | State v. Wilson | Affirmed |

**November 10, 2010**

| 29033 | Association of Apartment Owners of Palms at Wailea-Phase 2 v. Department of Commerce and Consumer Affairs | Affirmed |
| 29797 | Provident Funding Associates, L.P. v. Vimahi | Affirmed |
| 29530, 29531 | State v. Keck | Affirmed |

**November 12, 2010**

| 30163 | State v. Tanaka | Affirmed |

**November 16, 2010**